# Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Southern
District of Mississippi
Docket Number 5:19-cv-00124-KHJ-MTP

| | |
|---|---|
| Fredrick Wells, Plaintiff<br><br>v.<br><br>Pike County, et al., Defendant | Notice of Appeal |

Fredrick Wells appeals to the United States Court of Appeals for the 5th Circuit from the final judgment entered on August 2, 2023.

Respectfully submitted, this the 29th day of August, 2023.

FREDRICK WELLS

Of Counsel:

/s/ Thomas J. Bellinder, Esq. _
BELLINDER LAW FIRM
200 E. Government St.
Brandon, MS 39042
Phone: (601) 487-9340
Fax: (601) 265-1795
thomas@bellinderlawfirm.com

**CERTIFICATE OF SERVICE**

      The undersigned counsel does hereby certify that a true and correct copy of the foregoing document has been filed with the court clerk and a copy has been forwarded to the following via electronic means or U.S. Mail to their usual place of business, to-wit:

    Wayne Dowdy, Esq.
    DOWDY COCKERHAM & WATT
    P.O. Box 30
    Magnolia, MS 39652
    waynedowdy@waynedowdy.com

                      This the 29th day of August, 2023.
                      BY: __/s/ Thomas J. Bellinder, Esq. _